**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50380 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-01007-JLS |
| v. | |
| MIGUEL ANGEL NEGRON, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted March 16, 2010 [**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Miguel Angel Negron appeals from the 70-month sentence imposed

following his guilty-plea conviction for attempted entry after deportation, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326(a).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Negron contends that the district court procedurally erred by failing to consider and discuss certain facts and factors and also contends that the sentence is substantively unreasonable.  The record reflects that the district court did not procedurally err, and the sentence is not substantively unreasonable in light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a).  *See Gall v. United States*, 552 U.S. 38, 49-51 (2007);  *Rita v. United States*, 551 U.S. 338, 356-59 (9th Cir. 2007); *United States v. Carty*, 520 F.3d 984, 992-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**